# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

133194

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v                                          SC: 133194
                                           COA: 262078
                                           Livingston CC: 04-014547-FH
CHRISTOPHER PATRICK SNOW,
    Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 21, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007                         _____

p0416                                              Clerk